

*Paul D. Petrus Jr.*

Attorney at Law & Associates, P.C.

The Empire State Building
350 Fifth Ave., Suite 4020
New York, NY 10118
212.564.2440

October 15, 2020

The Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12A
New York, NY 10007-1312

> The requested extension is granted.  Counsel
> shall submit a sentencing memorandum no later
> than January 18, 2021.  The conference
> currently scheduled for November 19, 2020, is
> adjourned until January 21, 2021, at 10:00
> a.m.  SO ORDERED.
>
> *Loretta A. Preska*          10/16/2020

**Re: USA v. Mamuka Chaganava 17 CR 350 (LAP)**

Dear Judge Preska:

Greetings. I write to request an adjournment for the above-mentioned case scheduled for a Sentencing Memorandum due date of November 16, 2020, and a Sentencing on November 19, 2020, before your Honor.  I wish to adjourn each of these matters to sixty days from their scheduled dates.  My office was retained by Mr. Chaganava's recently, and I met with the client yesterday.  There has been no previous request for adjournments from the defense, and the US Attorney's office and US Probation Officer do not object.

Thank you for your consideration. Please advise.

Yours,

Paul D. Petrus Jr.

*Paul D. Petrus Jr.*



Attorney at Law & Associates, P.C.

cc: Assistant U.S. Attorney
    Andrew Adams
    Andrew Mr. Thomas
    One St. Andrews Plaza
    New York, NY 10007
    Via Email: andrew.adams@usdoj.gov and andrew.thomas2@usdoj.gov


    Jonathan J. Bressor U.S. Probation Officer
    500 Pearl Street
    New York, NY 10007
    Via Email: Jonathan_Bressor@nysp.uscourts.gov