

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2021

**By ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Mamuka Chaganava</u>, 17 Cr. 350 (LAP)

Dear Judge Preska:

      In advance of the dates previously set for the submission of sentencing memoranda by the parties in connection with the sentencing of defendant Mamuka Chaganava, the parties have engaged in discussions regarding the facts set forth in the Presentence Report in an attempt to obviate the need for a *Fatico* hearing in this matter, or to narrow the scope of any such hearing. Following a substantive discussion today, the parties respectfully request that the current filing deadlines be adjourned and that the parties be required to provide the Court with a status update regarding the potential need for a *Fatico* hearing, and regarding a proposed schedule for the filing of sentencing memoranda, on or about February 11, 2021. This time will permit defense counsel with the opportunity to confer with Mr. Chaganava regarding the parties' discussions. I have conferred with Paul Petrus, Esq., counsel for Mr. Chaganava, who concurs in the request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:  /s/ Andrew C. Adams
    Andrew C. Adams
    Assistant United States Attorney
    (212) 637-2340

```
The parties' request for an adjournment
of the sentencing memoranda filing
deadline is granted.  The parties
shall provide the Court by letter, not
later than February 11, 2021, a status
update regarding the potential need
for a Fatico hearing and a proposed
schedule for the filing of sentencing
memoranda.   SO ORDERED.
```

*Loretta A. Preska* 1/11/2021