

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2021

**BY ECF**

Hon. Loretta A. Preska
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Sentencing has been set for April 6, 2021 at
11:00 a.m.  The parties shall submit
sentencing memoranda no later than March 1,
2021.  SO ORDERED.
```
*Loretta A. Preska*  2/16/2021

      **Re:**    *United States v. Mamuka Chaganava*, 17 Cr. 350 (LAP)

Dear Judge Preska:

      The Government writes regarding the sentencing of Mamuka Chaganava. Following discussions with counsel for Chaganava, Paul Petrus, Esq., the Government expects that there will be no need for a *Fatico* hearing in this matter, and that the parties' sentencing submissions will reflect agreement as to most of the applicable Sentencing Guidelines provisions and offense level enhancements or reductions. In order to provide sufficient time for the preparation by the Government of a proposed judicial removal order in collaboration with Immigration and Customs Enforcement, and for the parties to prepare sentencing memoranda for the Court's consideration, the parties respectfully request that the Court allow two weeks from the date of this letter for the submission of the parties' sentencing submissions, and that sentencing be scheduled for a date in late-March, as the Court's schedule permits.

      The undersigned has conferred with Mr. Petrus regarding this proposed schedule, and understands that the defense joins in the request.

.
  .

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney

                      by:  __/s/_____
                                      Andrew C. Adams
                                      Assistant United States Attorney
                                      (212) 637-2340