# *Paul D. Petrus Jr.*



Attorney at Law & Associates, P.C.

The Empire State Building
350 Fifth Ave., Suite 4020
New York, NY 10118
212.564.2440

Sentencing is adjourned from April 6, 2021 to April 19, 2021 at 11:00 a.m.  SO ORDERED.

*Loretta A. Preska*  2/22/2021

February 22, 2021

The Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12A
New York, NY 10007-1312

**Re: USA v. Mamuka Chaganava 17 CR 350 (LAP)**
**Adjournment Request**

Dear Judge Preska:

  Greetings. I write to request an adjournment for the above-mentioned case scheduled for a Sentencing Memorandum due date of February 25, 2021.  I wish to adjourn this sentencing memorandum due date to March 15, 2021, and a response date of March 29, 2021, for US Attorney's office to submit their sentencing memorandum.  I would like to meet with my client before filing the memorandum, but was unable to get an appointment with the jail until February 26, 2021.  There has been one previous request for an adjournment from the defense, and the US Attorney's office and US Probation Officer do not object to this request.  We also ask the Court to adjourn the Sentencing as appropriate to allow both parties to respond.

  Thank you for your consideration. Please advise.

Yours,

Paul D. Petrus Jr.




**Attorney at Law & Associates, P.C.**

cc: Assistant U.S. Attorney
Andrew Adams
Andrew Mr. Thomas
One St. Andrews Plaza
New York, NY 10007
Via Email: andrew.adams@usdoj.gov and andrew.thomas2@usdoj.gov


Jonathan J. Bressor U.S. Probation Officer
500 Pearl Street
New York, NY 10007
Via Email: Jonathan_Bressor@nysp.uscourts.gov