UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>          -against-<br><br>MAMUKA CHAGANAVA,<br><br>                    Defendant. | 17 Cr. 350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of Mr. Chaganava's motion for compassionate release (see dkt. no. 1363).  The Government may file any opposition no later than September 10, 2021.  Mr. Chaganava may file a reply, if any, no later than September 24, 2021.

   SO ORDERED.

Dated:   New York, New York
         August 13, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge