UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>         -against-<br><br>MAMUKA CHAGANAVA,<br><br>                    Defendant. | 17 Cr. 350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

On October 27, 2021, the Court issued an order (dkt. no. 1380) setting the deadlines for responses to Mr. Chaganava's motion. That order designated a response deadline for the Court rather than the Government.

To clarify, the Government shall file a response to Mr. Chaganava's motion no later than November 24, 2021. Mr. Chaganava may file any reply no later than December 10, 2021.

The Clerk of Court is directed to mail a copy of this order to Mr. Chaganava.

**SO ORDERED.**

Dated:    October 28, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1