UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

MAMUKA CHAGANAVA,

                Defendant.

No. 17-CR-350 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Chaganava moved for compassionate release on August 12, 2021. (Dkt. No. 1363.) The Government filed a response on September 10, 2021. (Dkt. No. 1373.) On September 27, 2021, Mr. Chaganava asked for an extension of time to file a reply (dkt. no. 1375), and on September 29 the Court granted the extension through October 18, 2021 (dkt. no. 1376). To date, the Court has not received a reply from Mr. Chaganava. Any reply shall be filed by Mr. Chaganava no later than January 24, 2022, or the motion will be considered sub judice.

    The Clerk of Court is directed to mail a copy of this order to Mr. Chaganava.

**SO ORDERED.**

Dated:    January 10, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge